**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 305 MAL 2019

           Respondent            :

                                    :   Petition for Allowance of Appeal
                                    :   from the Order of the Superior Court

           v.                          :

                                    :

ALLAN LESLIE SINANAN JR.,           :

                                    :

           Petitioner                :


## <u>ORDER</u>


**PER CURIAM**

      **AND NOW**, this 7th day of January, 2020, the Petition for Allowance of Appeal is

**DENIED**.